```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,       )
                                )
            v.                  )    Criminal No. 06-10286-JLT
                                )
ALFREDO SALINAS, et al.,        )
            Defendants          )
```

**FINAL ORDER OF FORFEITURE**

**TAURO, D.J.**

WHEREAS, on September 19, 2006, a federal grand jury sitting in the District of Massachusetts returned a four-count Indictment charging Alfredo Salinas, and others, with Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. § 846 (Count One); Possession with Intent to Distribute and Distribution of Cocaine, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 (Counts Two, Three, and Four);[1]

WHEREAS, the Indictment also contained a Forfeiture Allegation pursuant to 21 U.S.C. § 853, which gave the defendants notice that the United States sought forfeiture, pursuant to 21 U.S.C. § 853, of any property constituting, or derived from, any proceeds obtained directly or indirectly from the offense charged in the Indictment and/or any property used and/or intended to be used to commit, or to facilitate the commission of, the offense charged in the Indictment;

WHEREAS, on January 24, 2007, the United States filed a Bill

---

[1] Alfredo Salinas was not named in Counts Two and Four of the indictment

of Particulars, notifying the defendants that the government sought forfeiture of specific properties pursuant to the Forfeiture Allegation of the Indictment, the property included without limitation:

    a.    one 1999 Kenworth Tractor, bearing Vehicle Identification Number 1XKAD69X5XR820760; and

    b.    one 1995 Refrigerated Trailer Unit, bearing Vehicle Identification Number 1DYVS2430SM574008,

(collectively, the "Property");

WHEREAS, on October 2, 2007, at a hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Defendant pleaded guilty to Counts One and Four of the Indictment;

WHEREAS, on March 3, 2008, this Court issued a Preliminary Order of Forfeiture, forfeiting the Property to the United States;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties, and published in the Boston Herald on March 18, 2008, March 25, 2008 and April 1, 2008; and

WHEREAS, no claims of interest in the Property have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so expired on May 1, 2008.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The Property is forfeited to the United States.

3. The United States Marshals Service shall take custody of the Property, and shall dispose of it according to law and this Order.

DONE AND ORDERED in Boston, Massachusetts, this 21st day of October, 2008.

JOSEPH L. TAURO
United States District Judge